```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS, Secretary of      )
   Labor, United States           )   Civil Action
   Department of Labor,           )   No. 13-cv-00227
                                  )
            Plaintiff             )
                                  )
      vs.                         )
                                  )
KGB USA INC,                      )
                                  )
            Defendant             )
```

AMENDED CONSENT JUDGMENT

NOW, this 6th day of February, 2013, upon consideration of the Consent Judgment filed January 31, 2013,

IT IS ORDERED that sentence two of paragraph four, which states

> Further, the parties agree that, in conjunction with a full and final resolution of this matter and in order to avoid the costs and uncertainty of litigation, Judgment should be entered enjoining the withholding of back wages in the total amount of $1,300,000.00 due to certain current and former employees of the Defendant identified in Exhibit A, which is attached hereto and made a part hereof.

is amended as follows:

> Further, the parties agree that, in conjunction with a full and final resolution of this matter and in order to avoid the costs and uncertainty of litigation, Judgment is entered enjoining the withholding of back wages in the total amount of $1,300,000.00 due to certain current and former employees of the Defendant identified in Exhibit A, which is attached hereto and made a part hereof.

IT IS FURTHER ORDERED that in all other respects not inconsistent with this Amended Consent Judgment, the January 31, 2013 Consent Judgment of the undersigned shall remain in full force and effect.

IT IS FURTHER ORDERED that the Clerk of Court mark this case closed for statistical purposes.

                              BY THE COURT:

                              /s/ James Knoll Gardner
                              James Knoll Gardner
                              United States District Judge